| Special | Private | Priority | Proprietary | Urgent |
|---|---|---|---|---|

2019 JAN 30 PM 12: ~

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Arseles Devon Miller, Beneficiary Pre-1933 Private American National Citizen of the United States, <br><br> Complainant, <br> and <br><br> BARACH OBAMA, Trustee, Commander in chief, United States of America, <br><br> and <br><br> JACOB LEW, Trustee, Secretary of the Treasury, United States of America, <br><br> Defendants. | **Bill in Equity** <br><br> Petition for Declaratory Relief, Enforcement of Trusts, Protection and Full Accounting <br><br> Ex parte Sealed Proceeding Evidentiary Hearing in Chambers Regarding Proprietary Evidence <br><br> No. 8:19 cv 256 T 23 AAS <br><br> Private, Special, Urgent, Privileged Restricted, Confidential, Excluding the Public and Press Extra and Special Term |

To the Honorable Steven Merryday Chief Judge and Chancellor of the District Court of the United States for the MIDDLE DISTRICT OF FLORIDA, Complainant requests:

## PETITION TO SEAL

*"Equity aids the vigilant, not those who slumber on their rights."*

Complainant, a pre-1933 Private American National Citizen of the United States, evidenced by the attached authenticated *"Affidavit of Status of Arseles Devon Miller: American Freeman; Pre-1933 Private Citizen of the United States: American National,"* hereby petitions your Excellency to proceed with these matters involving breach of trust as "private" and "sealed," ex parte, in Chambers, without the public, without publication of the press, excluding spectators and "enemies" of this Court. In order to protect the interests of all parties, to not commingle the primary rights of a Pre-1933 Private American National Citizen of the United States with the privileges of "enemies," to secure Complainant's private, civilian due process rights and that the public may not be alarmed, Complainant shall show cause by the following facts:

1. Complainant's civilian due process rights as a Pre-1933 **Private American National** Citizen of the United States secured by Section One of the Fourteenth Amendment to the Constitution of the United States are not cognizable in courts of law, federal and state, sitting in temporary emergency war powers since March 9, 1933;

2. Complainant's equitable rights as a beneficiary of two grantor/express trusts, as well as private and

Bill in Equity – Page 1



Special          Private          Priority          Proprietary          Urgent

proprietary documents concerning one of the trusts which only parties to the trust are authorized to review in Chambers, are not cognizable in courts of law, federal and state, sitting in temporary emergency war powers since March 9, 1933;

3. Complainant, in exclusive English/American Equity as a matter of *de jure,* Pre-1933 Private American National Citizenship status, has a conflict with the rules of law, specifically, the Federal Rules of Civil Procedure (1938) authorized by section 17 of the "Trading with the Enemy Act" (1917), through section 5(b) of said Act as amended by the "Emergency Banking Relief Act" (1933). Therefore, pursuant to the maxim of English Equity fully recognized in American federal and state courts, said maxim first set forth in the English Judicature Act of 1873, as amended in 1875, where *"generally in all matters in which there is a conflict or variance, between the rules of Equity and the rules of the common law with reference to the same subject matter, the rules of Equity shall prevail,"* only a Federal District Court with an Article III Chancellor sitting in exclusive English/American Equity jurisdiction in Chambers under rules of English/American Equity, presiding over a suit that is "sealed and private" to the exclusion of the public "enemies," can grant the equitable relief sought by Complainant.

Wherefore, Complainant prays the Court grant this Petition to Seal and issue an order sealing this Bill in Equity.

Respectfully presented/All rights reserved without prejudice,

*[signature: Arseles Devon Miller]*

Arseles Devon Miller, Complainant
Pre-1933 Private American National: Citizen of the United States
Private Citizen on the State of Florida
in Exclusive Equity within a Non-Militarily Occupied Private Estate
Without the Jurisdiction of the United States Under
military occupation since 1933
c/o Temporary mail location:
c/o #530846
5964 U.S. Hwy 90
Live Oak, Florida  Zip code excepted

Special          Private          Priority          Proprietary          Urgent

## LAW OF THE SUIT

I.  **Constitution of the United States of America**
II. **Maxims of Equity:**

1) Equity sees that as done what ought to be done.
2) Equity will not suffer a wrong to be without a remedy.
3) Equity delights in equality.
4) One who seeks equity must do equity.
5) Equity aids the vigilant, not those who slumber on their rights.
6) Equity imputes an intent to fulfill an obligation.
7) Equity acts *in personam* or on persons.
8) Equity abhors a forfeiture.
9) Equity does not require an idle gesture.
10) He who comes into equity must come with clean hands.
11) Equity delights to do justice and not by halves.
12) Equity will take jurisdiction to avoid a multiplicity of suits.
13) Equity follows the law.
14) Equity will not aid a volunteer.
15) Where equities are equal, the law will prevail.
16) Between equal equities the first in order of time shall prevail.
17) Equity will not complete an imperfect gift.
18) Equity will not allow a statute to be used as a cloak for fraud.
19) Equity will not allow a trust to fail for want of a trustee.
20) Equity regards the beneficiary as the true owner.

## RULES OF COURT

*A Treatise on Suits in Chancery* (1907) by Henry R. Gibson, pp. 950-966; Sections 1189-1205 to the exclusion of the Federal Rules of Civil Procedure (1938).

## TABLE OF AUTHORITIES

1. Perry, Jairus Ware, *A Treatise on the Law of Trusts and Trustees* (Boston: Little, Brown and Company, 1882) Vols. I-II.

2. Story, Joseph, *Commentaries on Equity Pleadings and the Incidents Thereof According to the Practice of the Courts of Equity of England and America* (Boston: Little, Brown and Company, 1892).

3. Pomeroy, Jr., John Norton, *Pomeroys Equity Jurisprudence (San* Francisco: Bancroft Whitney Co., 1905) Vols. I-IV.

4. Gibson, Henry R., A *Treatise on Suits in Chancery (*Knoxville, Tennessee: Gaut-Ogden Company, Printers and Binders, 1907).

Special      Private      Priority      Proprietary      Urgent

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Arseles Devon Miller, Beneficiary Pre-1933 Private American National Citizen of the United States,<br><br>                    Complainant,<br>and<br><br>BARACK OBAMA, Trustee, Commander in chief, United States of America,<br><br>and<br><br>JACOB LEW, Trustee, Secretary of the Treasury, United States of America,<br><br>                  Defendants. | **Bill in Equity**<br><br>**Petition for Declaratory Relief, Enforcement of Trusts, Protection and Full Accounting**<br><br>Ex parte Sealed Proceeding Evidentiary Hearing in Chambers Regarding Proprietary Evidence<br><br>No.<br><br>Private, Special, Urgent, Privileged Restricted, Confidential, Excluding the Public and Press Extra and Special Term |

To the Honorable Anne Conway, Chief Judge and Chancellor
of the District Court of the United States for the MIDDLE DISTRICT OF FLORIDA,
Complainant requests:

## BILL IN EQUITY

**PARTIES**

*"Equity delights in equality."*

1. Arseles Devon Miller, Pre-1933 Private American National Citizen of the United States, privately residing in exclusive English/American Equity within a non-militarily-occupied private estate, Temporary Mail Location: c/o 530846, 5964 U.S. Hwy 90, Live Oak, Florida 32060, Zip Code Excepted, Complainant and Beneficiary.

2. BARACK OBAMA, President/Commander in chief, United States of America, publicly residing in his office at 1600 Pennsylvania Ave. NW, Washington, D.C. 20500, Defendant and Trustee.

3. JACOB LEW, Secretary of the Treasury, United States of America, publicly residing in his office at 1500 Pennsylvania Avenue NW, Washington, D.C. 20220, Defendant and Trustee.

**JURISDICTION**

*"Equity imputes an intent to fulfill an obligation."*

Special             Private              Priority                  Proprietary              Urgent

4. Complainant invokes the jurisdiction of this Court to sit in its judicial power of exclusive English/American Equity conferred by Article III, Section 2, Clause 1 of the Constitution for the United States of America.

**STATEMENT OF FACTS**

*"One who seeks equity must do equity."*

5. Complainant is a Pre-1933 Private American National Citizen of the United States, said citizenship status being protected by Section 1 of the Fourteenth Amendment to the Constitution for the United States of America. (See attached authenticated *"Affidavit of Status of Arseles Devon Miller: American Freeman; Pre-1933 Private Citizen of the United States: American National"* (hereinafter *"Affidavit of Status"*), including its Exhibits 1 through 5.)

6. Complainant has no express or implied contract with either the federal or state governments that may have altered or modified said first class, constitutional citizenship status of Complainant thereby reducing said status in substance to that of a second class citizen being in substance a quasi-corporation/artificial person by operation of law or otherwise. (See attached authenticated *"Affidavit of Status,"* including its Exhibit 1.)

7. Therefore Complainant is a member of the sovereign American political community known as "We the People" having ordained and established the "Constitution for the United States of America" to secure the blessings of liberty for themselves and their Posterity of which Complainant is a beneficially-interested member. (See attached authenticated *"Affidavit of Status,"* including its Exhibit 1.)

*"Equity regards the beneficiary as the true owner."*

8. Therefore Complainant is a Beneficiary, the Defendants the Trustees, of the great Grantor Trust of Protestant and Baptist American liberty known as the "Constitution for the United States of America." Concerning the federal government being a trustee and "We the People" being beneficiaries, the Supreme Court has stated:

> "Whatever it acquires, it acquires **for the benefit** of the people of the several States who created it. It is their **trustee acting for them,** and charged with **the duty** of promoting the interests of the whole people of the Union in the exercise of the powers specifically **granted.**" *Scott v. Sanford,* 60 U.S. 393 at 448.

The Court then concludes:

> "But as we have before said, it *[the Territory composing the Louisiana Purchase]* was acquired by the General Government as the representative and **trustee of the people** of the United States, and it must be therefore held in that character for their **common and equal benefit;** for it was the people

Bill in Equity – Page 5

Special            Private            Priority            Proprietary            Urgent

of the several States, acting through their **agent** and representative, the Federal Government, who in fact acquired the Territory in question, and the Government holds it for their **common use** until it shall be associated with the other States as a member of the Union." *Scott v Sanford*, supra, at 448.

9. Complainant is the Sole Beneficiary, Defendants the Trustees, of express grantor trust "ARSELES DEVON MILLER" evidenced by private, proprietary trust documents only to be seen by the Chancellor in Chambers.

**BREACH OF TRUST**

*"Equity will not suffer a wrong to be without a remedy."*

10. Complainant demanded a hearing with Defendants that the Commander in chief would provide protection and the Secretary of the Treasury provide a full accounting of all assets and property held in trust for the benefit of Complainant evidenced by private, proprietary trust documents only to be seen by the Chancellor in Chambers.

11. Defendants refused to do their duties as Trustees, the Commander in chief refusing to provide protection and the Secretary of the Treasury refusing to give a full account of all assets and property, as demanded by Complainant, and therefore Trustees are in breach of trust evidenced by private, proprietary trust documents only to be seen in Chambers.

**PRAYER FOR PROCESS**

*"Equity acts in personam, or on persons."*

12. Wherefore Complainant prays the Court make process upon Defendants in person to appear and answer by oath for their breaches of trust set forth in this Bill.

**PRAYER FOR RELIEF**

*"Equity delights to do justice and not by halves."*

13. Wherefore, your Complainant, being without remedy save in private Chambers of a Federal District Court sitting in exclusive English/American Equity, where such matters relating to citizenship status in conjunction with express grantor trusts, are properly cognizable for the *de jure*, Pre-1933 Private American National Citizen of the United States protected by Section 1 of the Fourteenth Amendment to the Constitution of the United States, prays this Court acting as Trustee for the enforcement of said trusts on behalf of both the Complainant/Beneficiary and Defendants/Trustees:

   a. Provide declaratory relief concerning the rights, powers, privileges and immunities as well as the duties and obligations between the parties;
   b. Provide protection including, but not limited to, identification documents pertaining to trade, transportation and communication, as well as documents pertaining to domestic and

| Special | Private | Priority | Proprietary | Urgent |

foreign travel as well as personal security;
c. Arrange for Complainant to be listed in all government databases as "Private Citizen, do not detain;"
d. Provide a full accounting of all assets including, but not limited to, all monies and property held in trust by Defendants/Trustees for the benefit of Complainant/Beneficiary, formerly an "enemy" under the "Trading With the Enemy Act" (1917) as amended by the "Emergency Banking Relief Act" (1933);
e. Use the trust funds to extinguish the debts of HILLSBOROUGH COUNTY 13TH JUDICIAL CIRCUIT COURT Case No. 03-CF-003614, and arrange for the release of the collateral, i.e., the body of the Complainant, from government warehousing;
f. Provide for a monthly trust allowance for Complainant/beneficiary;
g. Provide any other relief, declaratory or otherwise, the Court may deem just, proper and right according to Equity and good conscience.

*"Equity will not allow a trust to fail for want of a trustee."*

## VERIFICATION

I solemnly affirm under the Law of God and the Maxims of Equity that all statements set forth in the foregoing Bill in Equity with attachments, are based upon my own firsthand knowledge and research, and are true correct and complete.

Executed this 11th day of January, 2018

Arseles Devon Miller, Complainant
Pre-1933 Private American National: Citizen of the United States
Private Citizen on the State of Florida
in Exclusive Equity within a Non-Militarily Occupied Private Estate
Without the Jurisdiction of the United States Under
military occupation since 1933
c/o Temporary mail location:
c/o #530846
7000 Hc Kelly Rd
Orlando, Florida   Zip code excepted

(Notary seal: CORDELIA FRAZIER, MY COMMISSION # GG 062224, EXPIRES: January 12, 2021, Bonded Thru Budget Notary Services)

Provided To CArcc
On 1-11-19
For mailing

_____   _____
First Witness Signature        Second Witness Signature


_____   _____
Type or Print First Witness Name   Type or Print Second Witness Name

Bill in Equity – Page 7