UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARSELES DEVON-MILLER,

    Plaintiff,

v.                                         Case No. 8:19-cv-256-T-23AAS

BARACK OBAMA and
JACOB LEW,

    Defendants.
_____/

## ORDER

Arseles Devon-Miller, an incarcerated individual appearing pro se in this action, moves to conduct proceedings in "'private' and 'sealed,' ex parte, in chambers, without the publication of the press, excluding spectators and 'enemies' of this court." (Doc. 5, p. 1).

The public has a presumptive right to view judicial records. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). To submit filings under seal in this district, the party requesting sealing must satisfy Local Rule 1.09(a). In relevant part, that rules states:

> Unless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes: (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal;

1

(v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.

Mr. Devon-Miller's arguments in his motion to seal fail to overcome the public's presumptive right to view public records. *See also Roach v. Arrisi*, No. 8:15-CV-2547-T-33AEP, 2016 WL 8943290, at *2 (M.D. Fla. Jan. 7, 2016) (Covington, J.) (dismissing "sovereign citizen's" legal theories as frivolous). Mr. Devon-Miller's motion to seal (Doc. 5) is **DENIED**.

**ORDERED** in Tampa, Florida, on June 3, 2019.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge