UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARSELES DEVON-MILLER,

    Plaintiff,

v.                                      Case No. 8:19-cv-256-T-23AAS

BARACK OBAMA and
JACOB LEW,

    Defendants.
_____/

## ORDER

    For a third time, Arseles Devon-Miller, an incarcerated individual appearing pro se in this action, moves for leave to conduct proceedings under seal. (Doc. 9). His motion is again **DENIED** because he fails to satisfy Local Rule 1.09(a) and he fails to overcome the public's presumptive right to view public records. (*See also* Docs. 4, 8). Only documents with a compelling confidentiality interest may be filed under seal. The Clerk is **DIRECTED** to unseal all filings in this case.

    **ORDERED** in Tampa, Florida, on June 25, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1